1  Glenn Barger, Esq., SBN: 155465
   Aneta B. Dubow, Esq., SBN: 196624
2  CHAPMAN, GLUCKSMAN, DEAN, ROEB & BARGER, P.C.
   11900 W. Olympic Boulevard, Suite 800
3  Los Angeles, California 90064
   Telephone: (310) 207-7722, Facsimile: (310) 207-6550
4  Email: gbarger@cgdrblaw.com, adubow@cgdrblaw.com

5  Joseph N. Stella, Esq., *admitted pro hac vice*
   John M. Dugan, Esq., *admitted pro hac vice*
6  NIELSEN, ZEHE & ANTAS, P.C.
   55 W. Monroe, Suite 1800
7  Chicago, Illinois 60603
   Telephone: (312) 322-9900; Facsimile: (312) 322-9977
8  Email: jstella@nzalaw.com; jdugan@nzalaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)

| | |
|---|---|
| SARAH TROYER, Individually and as Successor-In-Interest on Behalf of Decedent, MICHAEL JOHN TROYER; ADDISON T., a Minor and Successor-In-Interest on Behalf of Decedent, by and through her Guardian ad Litem, Sarah Troyer, <br><br> Plaintiffs, <br><br> v. <br><br> LIEBHERR CRANES, INC; LIEBHERR MINING & CONSTRUCTION EQUIPMENT, INC., a Virginia corporation; HALDEX BRAKE PRODUCTS CORPORATION, a Delaware corporation; TRANSWORLD MANUFACTURING COMPANY, a Nevada corporation; ROBB TECHNOLOGIES, LLP, a Nevada corporation; JAKE'S CRANE, RIGGING & TRANSPORT INTERNATIONAL, a Nevada corporation; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 8:17-CV-00414-CJC-JCG <br><br> Assigned Judge Cormac J. Carney <br> Magistrate Judge Jay C. Gandhi <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br><br> Discovery Cutoff Date: November 15, 2018 <br> Motion Cutoff Date: January 14, 2019 <br> Pre-Trial Conference Date: May 6, 2019 <br> Trial Date: May 14, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that Defendant, Liebherr Mining & Construction Equipment, Inc. (LIEBHERR) hereby files its APPLICATION FOR LEAVE TO FILE UNDER SEAL. LIEBHERR seeks an order allowing it to file under seal, a copy of the Confidential Release and Settlement Agreement dated November 19, 2018, between LIEBHERR and the Plaintiffs, Sarah Troyer, individually and as successor-in-interest in behalf of decedent, Michael John Troyer, and A.T., a minor and successor-in-interest on behalf of decedent Michael John Troyer.

This application is support by the declaration of John M. Dugan, one of the attorneys representing LIEBHERR in this matter.

WHEREFORE, LIEBHERR respectfully requests that the Court enter an order allowing it to file under seal, a copy of the Confidential Release and Settlement Agreement dated November 19, 2018, between LIEBHERR and the Plaintiffs, Sarah Troyer, individually and as successor-in-interest in behalf of decedent, Michael John Troyer, and A.T., a minor and successor-in-interest on behalf of decedent Michael John Troyer.

DATED: January 9, 2019

**GLENN T. BARGER, SBN: 155465**
**ANETA B. DUBOW, SBN: 196624**
Chapman, Glucksman, Dean, Roeb & Barger
A Professional Corporation
11900 W. Olympic Boulevard, Suite 800
Los Angeles, California 90064

Telephone: (310) 207-7722
Facsimile: (310) 207-6550
Email: gbarger@cgdrblaw.com
Email: adubow@cgdrblaw.com

By: /s/ John M. Dugan

**JOSEPH N. STELLA, ESQ.**,
*admitted pro hac vice*
**JOHN M. DUGAN, ESQ.**,
*admitted pro hac vice*
NIELSEN, ZEHE &ANTAS, P.C.
55 W. Monroe, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 322-9900
Facsimile: (312) 322-9977
Email: jstella@nzalaw.com
Email: jdugan@nzalaw.com

*Attorneys for Defendant,*
*Liebherr Mining & Construction*
*Equipment, Inc., d/b/a*
*Liebherr Cranes, Inc., n/k/a Liebherr*
*Mining & Construction Equipment, Inc.*

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 9th day of January, 2019, a copy of the foregoing **APPLICATION FOR LEAVE TO FILE UNDER SEAL** was filed electronically. Notice of this filing will be sent to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ John M. Dugan*

**JOSEPH N. STELLA, ESQ.,**
*admitted pro hac vice*
**JOHN M. DUGAN, ESQ.,**
*admitted pro hac vice*
NIELSEN, ZEHE &ANTAS, P.C.
55 W. Monroe, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 322-9900
Facsimile: (312) 322-9977
Email: jstella@nzalaw.com
Email: jdugan@nzalaw.com

*Attorneys for Defendant,*
*Liebherr Mining & Construction*
*Equipment, Inc., d/b/a*
*Liebherr Cranes, Inc., n/k/a Liebherr*
*Mining & Construction Equipment, Inc.*